United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

|  |  |
|---|---|
| JAY BRODSKY, et al., | Case No. 19-CV-00712-LHK |
| Plaintiffs, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND STAYING DISCOVERY** |
| v. | |
| APPLE INC., | |
| Defendant. | |

An initial case management conference is scheduled for May 22, 2019. In light of the pending motion to dismiss scheduled to be heard on August 22, 2019, the Court hereby CONTINUES the initial case management conference to September 25, 2019, at 2:00 p.m. The parties shall file a joint case management statement by September 18, 2019. Moreover, the Court STAYS discovery until the Court orders otherwise.

**IT IS SO ORDERED.**

Dated: May 16, 2019

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

1