United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JAY BRODSKY, et al.,<br><br>            Plaintiffs,<br><br>      v.<br><br>APPLE INC.,<br><br>            Defendant. | Case No. 19-CV-00712-LHK<br><br>**JUDGMENT** |

On April 7, 2020, the Court granted Apple's motion to dismiss with prejudice. ECF No. 55. Accordingly, judgment is entered in favor of Apple. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: April 7, 2020

_____
LUCY H. KOH
United States District Judge

Case No. 19-CV-00712-LHK
JUDGMENT
1